# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lindsey Wax,<br><br>    Plaintiff,<br><br>v.<br><br>PCI & Associates, et al.,<br><br>    Defendants. | No. CV-16-01558-PHX-ESW<br><br>**ORDER** |

By Order (Doc. 13) issued May 18, 2017, the Court granted Plaintiff a second extension of time within which to serve Defendants. The time for effectuating service of process on Defendants has expired, and service has not been accomplished.

**IT IS ORDERED** that by **September 5, 2017**, Plaintiff must show cause why this case should not be dismissed without prejudice for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that if Plaintiff does not file an Affidavit of Service or show good cause why this case should not be dismissed by **September 5, 2017**, the Clerk of Court is directed to dismiss the Complaint (Doc. 1) without prejudice.

Dated this 8th day of August, 2017.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge